CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATIEH HASSANI,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>                Defendants. | Case No. 3:25-cv-05084-PHK<br><br>**JOINT STATUS REPORT AND STIPULATION TO SET A DEADLINE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT; [~~PROPOSED~~] ORDER** |

       The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and for Withholding of Removal. On November 20, 2025, the Court denied as moot the parties' request to stay proceedings due to the lapse in appropriations, and ordered the parties to submit a joint status report by December 12, 2025. Dkt. No. 14.

       The parties conferred and stipulate to set the deadline for Defendants' response to Plaintiff's complaint by January 12, 2026.  In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by February 12, 2026.

///

Dated: December 12, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: December 12, 2025

*/s/ Arash Yasrebi*
ARASH YASREBI
Attorney for Plaintiff

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   12/16/2025

HON. PETER H. KANG
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
Case No. 3:25-cv-05084-PHK           2